**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 3, 2021

> Having considered this application and the Government's response, the requested bail modification is granted to the following extent: Def. may be released on his own signature and that of one financially responsible cosigner on the bond, with a second co-signer by 9/8/2021 and a third co-signer by 9/14/2021.
>
> SO ORDERED
>
> DEBRA FREEMAN
> United States Magistrate Judge
>
> Dated: 9/3/2021

**Via Email**

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Christopher Davalos**
         **21 MAG 8128**

Judge Freeman,

      I write to respectfully request a modification of the terms of Mr. Davalos's release in the above-captioned matter. On August 31, 2021, the Court ordered that Mr. Davalos be detained pending satisfaction of the terms of his bond, which include, *inter alia*, two co-signers before his release (with the third co-signer by September 14). The undersigned and support staff have been working diligently and collaboratively with the Government since then to have two co-signers approved by the Government, provide the necessary support documentation, and sign the bond. While one co-signer will have completed all necessary steps before the 11:00 a.m. deadline for release by the Marshals this morning, the second co-signer (who has been approved by the Government, but is retired, does not have access to a printer, and does not use a smartphone) will not be able to provide her signature in time for Mr. Davalos to be processed for release before the long weekend. If the terms of Mr. Davalos's pretrial release are not modified, he will remain detained until next week, threatening his ability to return to his shelter bed.

      Accordingly, we respectfully request that the Court modify the conditions of Mr. Davalos's bond to permit his release with one co-signature, with the two additional co-signatures to be provided by September 14, 2021. The Government opposes this request. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Neil Kelly

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Mitzi Steiner