UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

                                       :
UNITED STATES OF AMERICA               :
                                       :    **INDICTMENT**
            - v. -                     :
                                       :    22 Cr.
TAJH WASHINGTON, and                   :
CHRISTOPHER DAVALOS,                   :
                                       22 CRIM 045
            Defendants.                :
                                       :
- - - - - - - - - - - - - - - - - - - x

### COUNT ONE
### (Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges:

1.    On or about November 22, 2020, in the Southern District
of New York and elsewhere, TAJH WASHINGTON and CHRISTOPHER DAVALOS,
the defendants, knowingly did conspire with others, known and
unknown, to commit robbery, as that term is defined in Title 18,
United States Code, Section 1951(b)(1), and would and did thereby
obstruct, delay, and affect commerce and the movement of articles
and commodities in commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3), to wit, WASHINGTON and
DAVALOS conspired to commit an armed robbery of a convenience store
in the Bronx, New York.

          (Title 18, United States Code, Section 1951.)

## COUNT TWO
### (Hobbs Act Robbery)

The Grand Jury further charges:

2.    On or about November 22, 2020, in the Southern District of New York and elsewhere, TAJH WASHINGTON and CHRISTOPHER DAVALOS, the defendants, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WASHINGTON and DAVALOS committed an armed robbery of a convenience store in the Bronx, New York.

(Title 18, United States Code, Section 1951.)

## COUNT THREE
### (Firearms Use, Carrying, and Brandishing)

The Grand Jury further charges:

3.    On or about November 22, 2020, in the Southern District of New York and elsewhere, TAJH WASHINGTON and CHRISTOPHER DAVALOS, the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use,

2

carrying, and possession of a firearm, which was brandished, during the robbery charged in Count Two of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii) and 2.)

## FORFEITURE ALLEGATION

4.    As a result of committing the offenses alleged in Counts One and Two of this Indictment, TAJH WASHINGTON and CHRISTOPHER DAVALOS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

8.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

> a.    cannot be located upon the exercise of due diligence;
>
> b.    has been transferred or sold to, or deposited with, a third person;

3

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

### TAJH WASHINGTON, and
### CHRISTOPHER DAVALOS,

Defendants.

### INDICTMENT

22 Cr.

(18 U.S.C. §§ 1951,
924(c)(1)(A)(i), and 2)

DAMIAN WILLIAMS
United States Attorney

_Foreperson_

Indictment filed on 1/24/22
before OTW   PC

Whel A - J. Gardephe/OTW . Jan 24, 2022