UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHRISTOPHER DAVALOS,

                        Defendants.

**ORDER**

22 Cr. 45-2 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A change-of-plea hearing for Defendant Christopher Davalos will take place on

**July 25, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40

Foley Square, New York, New York.

Dated: New York, New York
       July 14, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge