UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHRISTOPHER DAVALOS,

                Defendant.

**ORDER**

22 Cr. 45-2 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The change-of-plea hearing in this matter – currently scheduled for July 25, 2022 at 11:00 a.m. – is adjourned to **July 25, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge