# EXHIBIT C

November 2, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

My name is Martha Rodriguez. Christopher is my first daughter's second child that my mother Antonia adopted because my daughter couldn't handle it. For my mother, Christopher was the fifth child. There were two brothers and a sister, and the older siblings grew up feeling like they weren't loved. I lived in the same building as them while Christopher was growing up, on a different floor, but I was working as a security guard so I was gone all the time. I would come home and they would already be sleeping.

I always felt sorry for those kids. Their household could be very chaotic and my mother and her husband had many of their own issues. Christopher had trauma growing up because of all of this. He also had other problems: he was a slow learner, so he took medication and went to a special school. Although he had difficulty in school, Christopher never disrespected anyone. He's a beautiful, kind person. When he was working, he was very responsible. But he grew up without the right guidance and attention.

I've been back from the Dominican Republic and have seen Christopher with his daughter. He previously had a son with another woman who left the state with their child and devastated Christopher. With his daughter, Christopher is a very good father; I can vouch for that. He wants to do better for his kids and give them the love he didn't get. I told him that they're waiting for him, that they need their dad.

I told Christopher that I forgive him for what has happened, because Christopher is not a bad person. He makes mistakes like everyone else. He helps me all the time. I have a lot of surgeries, and I'm going to need another on my hand because of my carpal tunnel. He has helped me build furniture for my studio. He brought his daughter and spent the whole day here. He doesn't just help me because he's my grandson, either; Christopher will help anybody in any way that he can. If my sister calls, or my neighbor needs something, Christopher will do it. If you say, "Christopher, do this," he'll never say no.

I think Christopher has learned his lesson. He was very depressed, but I reminded him that he had work to do for his daughter. I said, "get your feet up and get a job," and he did. He got a voucher for an apartment. He loves his daughter and he wants to change for her. I can see how much he's changed, especially these past year. He's taking care of all of us, and spends a lot of time with his baby girl. He takes her to the park and the movies. When they're together, he'll call me so we can all chat together. His son is getting older and I know he wants to reconnect and be there for him as he enters adulthood. We talk on the phone many times a week, and I tell him that it's never too late to do better. I hope you can give Christopher that chance. Thank you for reading my letter.

Sincerely,

Martha Rodriguez