**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 12, 2022

<u>Via ECF</u>

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Christopher Davalos</u>
      22 Cr. 45 (PGG)

Dear Judge Gardephe,

    Enclosed with this letter, please find an additional letter of support in connection with Mr. Davalos's sentencing.

                              Respectfully submitted,

                              /s/ Neil Kelly

                              Neil P. Kelly
                              Assistant Federal Defender
                              (212) 417-8744

cc:   AUSA Mitzi Steiner