UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA


                    - v -
                                        22 Cr. 45 (PGG)

CHRISTOPHER DAVALOS,                    [PROPOSED] ORDER


           Defendant.
------------------------------X

     WHEREAS on December 15, 2022, the Court sentenced the
defendant, CHRISTOPHER DAVALOS, to a period of probation
including the special condition that CHRISTOPHER DAVALOS
participate in mental health treatment as directed by the
Probation Department; and


     WHEREAS CHRISTOPHER DAVALOS has been receiving mental
health treatment from CASES Nathaniel Clinic; and


     WHEREAS the Probation Department has requested an increase
in the frequency of mental health services for Mr. Davalos; and


     WHEREAS the Probation Department has requested additional
records regarding Mr. Davalos's mental health services;


     IT IS HEREBY ORDERED that the defendant, CHRISTOPHER
DAVALOS, is to request, consent to, and participate in mental
health treatment at CASES Nathaniel Clinic, with the frequency
and scope of such treatment to be set at the direction of the
Probation Department in collaboration with Mr. Davalos's mental
health services providers; and


     IT IS FURTHER ORDERED that CHRISTOPHER DAVALOS and his
counsel at Federal Defenders of New York are to execute all
necessary releases and waivers to permit CASES Nathaniel Clinic
to release to the Probation Department information regarding Mr.
Davalos's mental health treatment, including, but not limited

to, monthly attendance records, treatment plans, and monthly
progress reports.

*The parties and the Probation Department will make submission by
January 10, 2025, stating whether the new procedures set forth in this Order
have proven satisfactory.*

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
United States District Judge

Dated:      December 23, 2024
            New York, New York