UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHRISTOPHER DAVALOS,

Defendant.

**ORDER**

22 Cr. 45 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       A status conference in this matter will be held on **March 3, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties are directed to submit letters by **February 24, 2025,** updating this Court on the status of Defendant Christopher Davalos's pending state criminal and family court matters.

Dated: New York, New York
       February 7, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge